THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE ARGUS COMPANY, Appellant, *v.* FRANCIS M. HUGO et al., Composing THE STATE PRINTING BOARD, et al., Respondents.

*People ex rel. Argus Co.* v. *Hugo,* 182 App. Div. 904, appeal dismissed.

(Argued May 13, 1918; decided May 28, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 11, 1918, which affirmed an order of Special Term quashing a writ of certiorari to review the determination of the state printing board in awarding the legislative printing contract for the year 1918. The respondents argued that the appeal should be dismissed for the reasons that the question involved had become academic, the legislature having adjourned and the work having been done, and that the order of the Appellate Division affirming the order of the Special Term quashing the writ of certiorari was made in the exercise of discretion.

*Neile F. Towner* for appellant.

*Merton E. Lewis,* Attorney-General (*Edward G. Griffin* of counsel) for State Printing Board, respondent.

*Franklin M. Danaher* for J. B. Lyon Company, respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CUDDEBACK, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.